# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 12, 2025

## NO. 03-25-00473-CV

**Josiah Reed Burns, Appellant**

**v.**

**Lindsey Brooke Rowe, Appellee**

**APPEAL FROM THE 428TH DISTRICT COURT OF HAYS COUNTY**
**BEFORE JUSTICES TRIANA, KELLY, AND THEOFANIS**
**DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE THEOFANIS**

This is an appeal from the order of enforcement and clarification signed by the trial court on January 31, 2025, and the order finding appellant in contempt signed by the trial court on June 27, 2025. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.